IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY JAMAL WHITE (#4493-17), | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:18-cv-860-B-BN |
| CHARLES EDGE, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint containing sufficient facts to allege a plausible claim for relief no later than **21 days** from the date of this order. His failure to do so will result in the dismissal of this action with prejudice without further notice.

**SO ORDERED.**

**DATE: MAY. 21. 2018**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE